THU-22607 0207-1 213 15-41890
Gennady Litvin
1559 West 6th Steet
Suite 5A
Brooklyn, NY 11204

011817  11817 1 AT 0.403  19702  3 5  7782-1-12247

Grant, Rose
20 Laxford Dr.
Newark, DE 19702-4266

I have paid these people $1560 for service they didnt do.
Ranks
Rose Grant
can I get my money back
I am 72 years Old.

CLERK
U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF
NEW YORK
2015 OCT -5 P 12:09
RECEIVED/MR

011817      22607011828030