Case # 1-15-41890-nhl — Gennady Litvin

To whom it may concern,

I received a discharge notice from the Bankrupcy court (It was fowarded to my new address). I recently moved please send any further notifications to 47e Brown Blvd. Havelock N.C. 28532.

I don't understand how attorney's firm goes bankrupt and no one takes care of their clients?

I also don't understand how, I asked, and asked them what they were doing and for paperwork? I received stalling and lies.

I paid $5,500 (monthly payments) for a modification and received nothing.

I was contacted by my mortgage company and was told that if I notified them earlier they would have been able to help (after a bad motor vehicle accident) I told Litvin & Torrens and was told not to talk to them if I wanted their help and they never did anything. I lost my home. What did I get a letter from bankrupcy court.

over →

2016 SEP -7 PM 2:17 RECEIVED CLERK U.S. BANKRUPTCY COURT EASTERN DISTRICT OF NEW YORK

Please, please atleast let me get $5,500 back. I am recovering from an accident, I am no longer doped up on pain killers so I can understand please let me know if there is anything you need to know. I am sending a copy to the bar association (this letter).

Thank you,
Christine Hoehn
47e Brown Blvd.
Havelock N.C. 28532
brina6238@yahoo.com
Cell# 631-880-2669

CC: ABA
American Bar Association
1050 Connecticut Ave. N.W
Suite 400
Washington, D.C. 20036

C. Hoehn
42e Brown Blvd
Havelock, N.C. 28532

CHARLOTTE NC 282
01 SEP 2016 PM 2 L

United States Bankruptcy Court
Eastern District of New York
271-C Cadman Plaza East, Suite 1595
Brooklyn, N.Y. 11201-1800

11201-180099