Alan Nisselson, Trustee
Windels Marx Lane & Mittendorf
156 West 56th St.
New York, NY  10019
(212) 237-1000
      Chapter 7 Trustee

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF NEW YORK

In re: LITVIN, GENNADY     §   Case No. 1-15-41890-NHL
                                              §
                                              §
Debtor(s)                                    §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
## REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
## AND APPLICATION TO BE DISCHARGED (TDR)

    Alan Nisselson, Trustee, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

    1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

    2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $28,786.00<br>*(without deducting any secured claims)* | Assets Exempt: $20,775.00 |
| Total Distribution to Claimants: $21,164.31 | Claims Discharged<br>Without Payment: $25,925,648.36 |
| Total Expenses of Administration: $37,648.50 | |

    3) Total gross receipts of $ 58,812.81 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $58,812.81 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 70,283.16 | 37,648.50 | 37,648.50 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 0.00 | 26,671,082.60 | 25,946,812.67 | 21,164.31 |
| **TOTAL DISBURSEMENTS** | $0.00 | $26,741,365.76 | $25,984,461.17 | $58,812.81 |

4) This case was originally filed under Chapter 7 on April 27, 2015. The case was pending for 34 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 02/26/2018     By: /s/Alan Nisselson, Trustee
                                    Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 –GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Gennady Litvin Irrevocable Life Insurance Trust | 1249-000 | 58,812.81 |
| **TOTAL GROSS RECEIPTS** | | **$58,812.81** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 –FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 –SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | None | | | |
| **TOTAL SECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 4 –CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee Compensation - Alan Nisselson, Trustee | 2100-000 | N/A | 6,190.64 | 2,960.63 | 2,960.63 |
| Trustee Expenses - Alan Nisselson, Trustee | 2200-000 | N/A | 41.00 | 41.00 | 41.00 |
| Attorney for Trustee Fees (Trustee Firm) - Windels Marx Lane & Mittendorf, LLP | 3110-000 | N/A | 43,221.00 | 20,670.15 | 20,670.15 |
| Attorney for Trustee Expenses (Trustee Firm) - Windels Marx Lane & Mittendorf, | 3120-000 | N/A | 46.02 | 46.02 | 46.02 |
| Other - Joseph A. Broderick, P.C. | 3410-000 | N/A | 13,136.00 | 6,282.20 | 6,282.20 |

**UST Form 101-7-TDR (10/1/2010)**

| Other - International Sureties, Ltd. | 2300-000 | N/A | 23.53 | 23.53 | 23.53 |
| Other - Richoh USA, Inc. | 2990-000 | N/A | 6,405.54 | 6,405.54 | 6,405.54 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 75.13 | 75.13 | 75.13 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 72.52 | 72.52 | 72.52 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 72.43 | 72.43 | 72.43 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 82.31 | 82.31 | 82.31 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 72.21 | 72.21 | 72.21 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 82.06 | 82.06 | 82.06 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 74.48 | 74.48 | 74.48 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 71.89 | 71.89 | 71.89 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 79.23 | 79.23 | 79.23 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 74.16 | 74.16 | 74.16 |
| Other - International Sureties, Ltd. | 2300-000 | N/A | 14.30 | 14.30 | 14.30 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 79.19 | 79.19 | 79.19 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 69.18 | 69.18 | 69.18 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 76.48 | 76.48 | 76.48 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 68.98 | 68.98 | 68.98 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 81.19 | 81.19 | 81.19 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 73.69 | 73.69 | 73.69 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $70,283.16 | $37,648.50 | $37,648.50 |

## EXHIBIT 5 —PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 —PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBIT 7 –GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Clerk of the Court - Aspire Resources Inc obo US Dept of | 7100-001 | N/A | 161,865.35 | 161,865.35 | 132.03 |
| 2 | Jermaine Mitchell | 7100-000 | N/A | 13,500.00 | 13,500.00 | 11.01 |
| 3 | U.S. Bankruptcy Court - Steve Miller | 7100-001 | N/A | 2,250.00 | 2,250.00 | 1.84 |
| 4 | Annette Spencer | 7100-000 | N/A | N/A | 0.00 | 0.00 |
| 5 | Vaccarelli, Dina | 7100-000 | N/A | 6,500.00 | 6,500.00 | 5.30 |
| 6 | U.S. Bankruptcy Court - Tim Champion | 7100-001 | N/A | 2,380.00 | 2,380.00 | 1.94 |
| 7 | James H Shealy | 7100-000 | N/A | N/A | 0.00 | 0.00 |
| 8 | U.S. Bankruptcy Court - Harris, George | 7100-001 | N/A | 5,000.00 | 5,000.00 | 4.08 |
| 9 | Richard E Rebidue Sr. | 7100-000 | N/A | 13,400.00 | 13,400.00 | 10.93 |
| 10 | Spight, David | 7100-000 | N/A | 12,615.00 | 12,615.00 | 10.29 |
| 11 | U.S. Bankruptcy Court - Renzy, Michael | 7100-001 | N/A | 2,500.00 | 2,500.00 | 2.04 |
| 12 | U.S. Bankruptcy Court - Ellis McGhee | 7100-001 | N/A | 3,500.00 | 3,500.00 | 2.85 |
| 13 | Price, Jonathan | 7100-000 | N/A | N/A | 0.00 | 0.00 |
| 14 | American Express Bank, FSB | 7100-000 | N/A | 27,026.54 | 27,026.54 | 22.05 |
| 15 | Egalite, Rodrigue | 7100-000 | N/A | 12,000.00 | 12,000.00 | 9.79 |
| 16 | Bojic, Elisabeth | 7100-000 | N/A | 7,735.00 | 7,735.00 | 6.31 |
| 17 | Johnson, Capers | 7100-000 | N/A | 18,000.00 | 18,000.00 | 14.68 |
| 18 | Stovall, Ruth | 7100-000 | N/A | 12,000.00 | 12,000.00 | 9.79 |
| 19 | U.S. Bankruptcy Court - Henderson, Sonya | 7100-001 | N/A | 5,500.00 | 5,500.00 | 4.49 |
| 20 | Rivera, John | 7100-000 | N/A | 12,785.15 | 12,785.15 | 10.43 |
| 21 | U.S. Bankruptcy Court - Yvette Harris | 7100-001 | N/A | 1,000.00 | 1,000.00 | 0.82 |
| 22 | U.S. Bankruptcy Court - Crawford, James | 7100-001 | N/A | 4,000.00 | 4,000.00 | 3.26 |
| 23 | Johnathan Price | 7100-000 | N/A | N/A | 0.00 | 0.00 |
| 24 | Great America Financial Services Corporation | 7100-000 | N/A | 15,191.87 | 15,191.87 | 12.39 |
| 25 | Clerk of the Court - James McCullough | 7100-001 | N/A | 276,450.00 | 6,179.99 | 5.04 |
| 26 | Richard C Garnhart | 7100-000 | N/A | 15,650.98 | 15,650.98 | 12.77 |
| 27 | Clerk of the Court - Ayeshah L Lacy & Craig S Lacy | 7100-001 | N/A | 12,750.00 | 12,750.00 | 10.40 |
| 28 -3 | The People of the State of NY | 7100-000 | N/A | 24,237,695.00 | 24,237,695.00 | 19,770.23 |
| 29 | Isaac Ellis Jr & Brenda Ellis | 7100-000 | N/A | 7,140.00 | 7,140.00 | 5.82 |
| 30 | Brown, Ralph | 7100-000 | N/A | 10,000.00 | 10,000.00 | 8.16 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| 31 | Perisic, Branko | 7100-000 | N/A | 287,575.00 | 287,575.00 | 234.57 |
| 32 | Clerk of the Court - Fisher, James | 7100-001 | N/A | 200,000.00 | 200,000.00 | 163.14 |
| 33 | Clerk of the Court - McCafferty, Frederick | 7100-001 | N/A | 13,855.00 | 13,855.00 | 11.30 |
| 34 | Cecelia Alston | 7100-000 | N/A | N/A | 0.00 | 0.00 |
| 35 | U.S. Bankruptcy Court - Perry and Deborah Bacon | 7100-001 | N/A | 4,500.00 | 4,500.00 | 3.67 |
| 36 | U.S. Bankruptcy Court - Cecelia Alston | 7100-001 | N/A | 3,500.00 | 3,500.00 | 2.85 |
| 37 | Clerk of the Court - Scott Blomquist | 7100-001 | N/A | 10,425.00 | 10,425.00 | 8.50 |
| 38 | Rhodora Woodson | 7100-000 | N/A | 9,000.00 | 9,000.00 | 7.34 |
| 39 | Clerk of the Court - Kofi Boateng and Comfort Boateng | 7100-001 | N/A | 15,012.00 | 15,012.00 | 12.25 |
| 40 | Clerk of the Court - Louis Bond and Tiffani Bond | 7100-001 | N/A | 11,750.00 | 11,750.00 | 9.58 |
| 41 | Gonzalez, Orlando | 7100-000 | N/A | 10,500.00 | 10,500.00 | 8.56 |
| 42 | Clerk of the Court - Zandra Brummel | 7100-001 | N/A | 10,925.00 | 10,925.00 | 8.91 |
| 43 | Barber, Gwendolyn | 7100-000 | N/A | 17,500.00 | 17,500.00 | 14.27 |
| 44 | Clerk of the Court - Thomas Burton | 7100-001 | N/A | 6,355.00 | 6,355.00 | 5.18 |
| 45 | Clerk of the Court - Rosalee Fletcher Camper | 7100-001 | N/A | 9,000.00 | 9,000.00 | 7.34 |
| 46 | Clerk of the Court - Alesia Early | 7100-001 | N/A | 8,920.00 | 8,920.00 | 7.28 |
| 47 | U.S. Bankruptcy Court - Franklin Frailin | 7100-001 | N/A | 5,342.50 | 5,342.50 | 4.36 |
| 48 | Clerk of the Court - Clifford Frazier | 7100-001 | N/A | 13,000.00 | 13,000.00 | 10.60 |
| 49 | U.S. Bankruptcy Court - Jay Grimes | 7100-001 | N/A | 3,500.00 | 3,500.00 | 2.85 |
| 50 | U.S. Bankruptcy Court - Laveren Jenkins | 7100-001 | N/A | 4,680.00 | 4,680.00 | 3.82 |
| 51 | U.S. Bankruptcy Court - Sanford Morgan | 7100-001 | N/A | 5,000.00 | 5,000.00 | 4.08 |
| 52 | Clerk of the Court - Kingsley Ogideh | 7100-001 | N/A | 7,170.00 | 7,170.00 | 5.85 |
| 53 | Clerk of the Court - Ora Patterson | 7100-001 | N/A | 11,050.00 | 11,050.00 | 9.01 |
| 54 | Clerk of the Court - Theresa Shallcross | 7100-001 | N/A | 6,810.00 | 6,810.00 | 5.55 |
| 55 | Clerk of the Court - Monet Rogers | 7100-001 | N/A | 7,030.00 | 7,030.00 | 5.73 |
| 56 | Clerk of the Court - Chris Thumma | 7100-001 | N/A | 9,891.00 | 9,891.00 | 8.07 |
| 57 | Clerk of the Court - Gaye Williams | 7100-001 | N/A | 10,000.00 | 10,000.00 | 8.16 |
| 58 | Clerk of the Court - Monica Dayhoff and Edward Dayhoff | 7100-001 | N/A | 280,895.13 | 280,895.13 | 229.12 |
| 59 | Clerk of the Court - Joshua Summers | 7100-001 | N/A | 98,333.34 | 98,333.34 | 80.21 |
| 60 | Clerk of the Court - Steven Grimes | 7100-001 | N/A | 59,000.00 | 59,000.00 | 48.13 |
| 61 | Clerk of the Court - Johnson, Harriet | 7100-001 | N/A | 14,500.00 | 14,500.00 | 11.83 |
| 62 | Clerk of the Court - William S David | 7100-001 | N/A | 180,500.00 | 21,000.00 | 17.13 |
| 63 | Clyde, Alexis | 7100-000 | N/A | 21,750.00 | 21,750.00 | 17.74 |
| 64 | Judy Schroeder | 7100-000 | N/A | N/A | 0.00 | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| 65 | Michael Adkins | 7100-000 | N/A | 12,000.00 | 12,000.00 | 9.79 |
| 66 | U.S. Bankruptcy Court - Neutz, Linda | 7100-001 | N/A | 1,300.00 | 1,300.00 | 1.06 |
| 67 | U.S. Bankruptcy Court - Charles E. Faxio, II | 7100-001 | N/A | 2,097.00 | 2,097.00 | 1.71 |
| 68 | U.S. Bankruptcy Court - Nestle, Patty | 7100-001 | N/A | 6,010.50 | 6,010.50 | 4.90 |
| 69 | U.S. Bankruptcy Court - Ronald & Joyce Franzone | 7100-001 | N/A | 4,760.00 | 4,760.00 | 3.88 |
| 70 | U.S. Bankruptcy Court - Abandolo, Denise | 7100-001 | N/A | 1,800.00 | 1,800.00 | 1.47 |
| 71 | Wesley and Cathy Meyers | 7100-000 | N/A | 301,639.92 | 7,140.00 | 5.82 |
| 72 | Clerk of the Court - Herman C. Jehoich | 7100-001 | N/A | 58,812.81 | 58,812.81 | 47.97 |
| 73 | U.S. Bankruptcy Court - Robert Lynch/Cheryl Lynch | 7100-001 | N/A | 4,880.00 | 4,880.00 | 3.98 |
| 74 | U.S. Bankruptcy Court - Consolidated Edison Company | 7100-001 | N/A | 128.14 | 128.14 | 0.10 |
| 75 | Paul & Sharon Rauch | 7100-000 | N/A | 10,000.00 | 10,000.00 | 8.16 |
| 76 | U.S. Bankruptcy Court - Harrison, Josephine | 7100-001 | N/A | 585.00 | 585.00 | 0.48 |
| 77 | John Frederick | 7100-000 | N/A | 7,591.73 | 7,591.73 | 6.19 |
| 78 | U.S. Bankruptcy Court - New York State Department of | 7100-001 | N/A | 73.64 | 73.64 | 0.06 |
| 79 | U.S. Bankruptcy Court - Dawkins, Paula | 7100-001 | N/A | 3,700.00 | 3,700.00 | 3.02 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $0.00 | $26,671,082.60 | $25,946,812.67 | $21,164.31 |

**UST Form 101-7-TDR (10/1/2010)**

Case 1-15-41890-nhl    Doc 99    Filed 03/21/18    Entered 03/21/18 11:36:56

Exhibit 8

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 1-15-41890-NHL  
**Case Name:** LITVIN, GENNADY  

**Period Ending:** 02/26/18

**Trustee:** (521091) Alan Nisselson, Trustee  
**Filed (f) or Converted (c):** 04/27/15 (f)  
**§341(a) Meeting Date:** 06/03/15  
**Claims Bar Date:** 10/13/15

| 1 Asset Description (Scheduled And Unscheduled (u) Property) Ref. # | 2 Petition/ Unscheduled Values | 3 Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | 4 Property Abandoned OA=§554(a) | 5 Sale/Funds Received by the Estate | 6 Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
|---|---|---|---|---|---|
| 1 Cash on Hand  Jointly held with non-debtor spouse | 1,500.00 | 0.00 | | 0.00 | FA |
| 2 Investors Bank Checking  Jointly held with non-debtor spouse. A review of bank account statements showed that on petition date balance was $30,845.52. | 14,786.00 | 0.00 | | 0.00 | FA |
| 3 Rent Security Deposit | 2,000.00 | 0.00 | | 0.00 | FA |
| 4 Household goods  Jointly held with nondebtor spouse | 5,000.00 | 0.00 | | 0.00 | FA |
| 5 Clothing | 1,500.00 | 0.00 | | 0.00 | FA |
| 6 Jewelry | 4,000.00 | 0.00 | | 0.00 | FA |
| 7 Life Insurance Policy | Unknown | 0.00 | | 0.00 | FA |
| 8 2014 Tax Refund  NY State- $12,772; Federal $30,804 Per Debtor's 2014 Tax Returns | Unknown | 0.00 | | 0.00 | FA |
| 9 2014 Grand Cherokee Overland  Vehicle is leased, 15,000 miles. Lessor obtained Order dated 1/9/2017 to modify stay to take possession (Doc. Nos. 81 and 84). | 0.00 | 0.00 | | 0.00 | FA |
| 10 2013 Lexus RX350 | 0.00 | 0.00 | | 0.00 | FA |
| 11 Gennady Litvin Irrevocable Life Insurance Trust (u)  Gennady Litvin Irrevocable Life Insurance Trust had bank account held at Chase Bank with balance of $58,812.81 as of May 5, 2015. The Trustee and Debtor are entered nto stipulation for turnover to the Trustee of the account, which was approved by the Court by Order dated 1/4/2016. (Doc. No. 56). | Unknown | 0.00 | | 58,812.81 | FA |
| **11 Assets Totals** (Excluding unknown values) | **$28,786.00** | **$0.00** | | **$58,812.81** | **$0.00** |

**Major Activities Affecting Case Closing:**

> On 7/31/2017, the Trustee prepared the TFR  
> On 8/29/2017, the UST approved the TFR.  
> The Final Hearing is scheduled for 11/7/2017.

Printed: 02/26/2018 09:46 AM    V.13.30

Exhibit 8

Page: 2

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 1-15-41890-NHL  **Trustee:** (521091) Alan Nisselson, Trustee
**Case Name:** LITVIN, GENNADY  **Filed (f) or Converted (c):** 04/27/15 (f)
 **§341(a) Meeting Date:** 06/03/15
**Period Ending:** 02/26/18  **Claims Bar Date:** 10/13/15

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |

**Initial Projected Date Of Final Report (TFR):** December 31, 2018  **Current Projected Date Of Final Report (TFR):** July 31, 2017 (Actual)

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 1-15-41890-NHL  
**Case Name:** LITVIN, GENNADY  

**Taxpayer ID #:** **-***2985  
**Period Ending:** 02/26/18  

**Trustee:** Alan Nisselson, Trustee (521091)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******3266 - Checking Account  
**Blanket Bond:** $47,747,648.00 (per case limit)  
**Separate Bond:** N/A  

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 11/23/15 | {11} | Gennady Litvin Irrevocable | Funds in Life Insurance Trust turned over per stipulation and Order Dated 1/4/2016 (Doc. No. 56) | 1249-000 | 58,812.81 | | 58,812.81 |
| 12/28/15 | 101 | International Sureties, Ltd. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 12/01/2015 FOR CASE #115-41890, Bond # 016027942, Term: 01/01/16 - 01-01/17 | 2300-000 | | 23.53 | 58,789.28 |
| 01/04/16 | 102 | Richoh USA, Inc. | Invoice No. LNY 15110074, cost of service of notice upon apx. 4,800 creditors | 2990-000 | | 6,405.54 | 52,383.74 |
| 03/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 75.13 | 52,308.61 |
| 04/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 72.52 | 52,236.09 |
| 05/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 72.43 | 52,163.66 |
| 06/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 82.31 | 52,081.35 |
| 07/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 72.21 | 52,009.14 |
| 08/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 82.06 | 51,927.08 |
| 09/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 74.48 | 51,852.60 |
| 10/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 71.89 | 51,780.71 |
| 11/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 79.23 | 51,701.48 |
| 12/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 74.16 | 51,627.32 |
| 01/25/17 | 103 | International Sureties, Ltd. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 01/25/2017 FOR CASE #115-41890, Bond # 016027942, 1/1/17 to 1/1/18 | 2300-000 | | 14.30 | 51,613.02 |
| 01/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 79.19 | 51,533.83 |
| 02/28/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 69.18 | 51,464.65 |
| 03/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 76.48 | 51,388.17 |
| 04/28/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 68.98 | 51,319.19 |
| 05/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 81.19 | 51,238.00 |
| 06/30/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 73.69 | 51,164.31 |
| 11/13/17 | 104 | Alan Nisselson, Trustee | Dividend paid 100.00% on $2,960.63, Trustee Compensation; Reference: | 2100-000 | | 2,960.63 | 48,203.68 |
| 11/13/17 | 105 | Alan Nisselson, Trustee | Dividend paid 100.00% on $41.00, Trustee Expenses; Reference: | 2200-000 | | 41.00 | 48,162.68 |
| 11/13/17 | 106 | Windels Marx Lane & Mittendorf, LLP | Dividend paid 100.00% on $20,670.15, Attorney for Trustee Fees (Trustee Firm); Reference: | 3110-000 | | 20,670.15 | 27,492.53 |
| 11/13/17 | 107 | Windels Marx Lane & Mittendorf, LLP | Dividend paid 100.00% on $46.02, Attorney for Trustee Expenses (Trustee Firm); Reference: | 3120-000 | | 46.02 | 27,446.51 |

Subtotals :    $58,812.81    $31,366.30

{} Asset reference(s)

Printed: 02/26/2018 09:46 AM    V.13.30

Exhibit 9

## Form 2

Page: 2

## Cash Receipts And Disbursements Record

**Case Number:** 1-15-41890-NHL  
**Case Name:** LITVIN, GENNADY  

**Taxpayer ID #:** **-***2985  
**Period Ending:** 02/26/18  

**Trustee:** Alan Nisselson, Trustee (521091)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******3266 - Checking Account  
**Blanket Bond:** $47,747,648.00   (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 11/13/17 | 108 | Joseph A. Broderick, P.C. | Dividend paid 100.00% on $6,282.20, Accountant for Trustee Fees (Other Firm); Reference: | 3410-000 | | 6,282.20 | 21,164.31 |
| 11/13/17 | 109 | Aspire Resources Inc obo US Dept of Education | Final Distribution on Claim No. 1 Stopped on 02/13/18 | 7100-005 | | 132.03 | 21,032.28 |
| 11/13/17 | 110 | Jermaine Mitchell | Final Distribution on Claim No. 2 | 7100-000 | | 11.01 | 21,021.27 |
| 11/13/17 | 111 | Vaccarelli, Dina | Final Distribution on Claim No. 5 | 7100-000 | | 5.30 | 21,015.97 |
| 11/13/17 | 112 | Richard E Rebidue Sr. | Final Distribution on Claim No. 9 | 7100-000 | | 10.93 | 21,005.04 |
| 11/13/17 | 113 | Spight, David | Final Distribution on Claim No. 10 | 7100-000 | | 10.29 | 20,994.75 |
| 11/13/17 | 114 | American Express Bank, FSB | Final Distribution on Claim No. 14 | 7100-000 | | 22.05 | 20,972.70 |
| 11/13/17 | 115 | Egalite, Rodrigue | Final Distribution on Claim No. 15 | 7100-000 | | 9.79 | 20,962.91 |
| 11/13/17 | 116 | Bojic, Elisabeth | Final Distribution on Claim No. 16 | 7100-000 | | 6.31 | 20,956.60 |
| 11/13/17 | 117 | Johnson, Capers | Final Distribution on Claim No. 17 | 7100-000 | | 14.68 | 20,941.92 |
| 11/13/17 | 118 | Stovall, Ruth | Final Distribution on Claim No. 18 | 7100-000 | | 9.79 | 20,932.13 |
| 11/13/17 | 119 | Rivera, John | Final Distribution on Claim No. 20 | 7100-000 | | 10.43 | 20,921.70 |
| 11/13/17 | 120 | Great America Financial Services Corporation | Final Distribution on Claim No. 24 | 7100-000 | | 12.39 | 20,909.31 |
| 11/13/17 | 121 | James McCullough | Final Distribution on Claim No. 25 Stopped on 02/13/18 | 7100-005 | | 5.04 | 20,904.27 |
| 11/13/17 | 122 | Richard C Garnhart | Final Distribution on Claim No. 26 | 7100-000 | | 12.77 | 20,891.50 |
| 11/13/17 | 123 | Ayeshah L Lacy & Craig S Lacy | Final Distribution on Claim No. 27 Stopped on 02/13/18 | 7100-005 | | 10.40 | 20,881.10 |
| 11/13/17 | 124 | The People of the State of New York | Final Distribution on Claim No. 28 -3 | 7100-000 | | 19,770.23 | 1,110.87 |
| 11/13/17 | 125 | Isaac Ellis Jr & Brenda Ellis | Final Distribution on Claim No. 29 | 7100-000 | | 5.82 | 1,105.05 |
| 11/13/17 | 126 | Brown, Ralph | Final Distribution on Claim No. 30 | 7100-000 | | 8.16 | 1,096.89 |
| 11/13/17 | 127 | Perisic, Branko | Final Distribution on Claim No. 31 | 7100-000 | | 234.57 | 862.32 |
| 11/13/17 | 128 | Fisher, James | Final Distribution on Claim No. 32 Stopped on 02/13/18 | 7100-005 | | 163.14 | 699.18 |
| 11/13/17 | 129 | McCafferty, Frederick | Final Distribution on Claim No. 33 Stopped on 02/13/18 | 7100-005 | | 11.30 | 687.88 |
| 11/13/17 | 130 | Scott Blomquist | Final Distribution on Claim No. 37 Stopped on 02/13/18 | 7100-005 | | 8.50 | 679.38 |
| 11/13/17 | 131 | Rhodora Woodson | Final Distribution on Claim No. 38 | 7100-000 | | 7.34 | 672.04 |
| 11/13/17 | 132 | Kofi Boateng and Comfort Boateng | Final Distribution on Claim No. 39 Stopped on 02/13/18 | 7100-005 | | 12.25 | 659.79 |
| 11/13/17 | 133 | Louis Bond and Tiffani Bond | Final Distribution on Claim No. 40 Stopped on 02/13/18 | 7100-005 | | 9.58 | 650.21 |
| 11/13/17 | 134 | Gonzalez, Orlando | Final Distribution on Claim No. 41 | 7100-000 | | 8.56 | 641.65 |

Subtotals :          $0.00          $26,804.86

{} Asset reference(s)                                                              Printed: 02/26/2018 09:46 AM    V.13.30

Exhibit 9

## Form 2

Page: 3

### Cash Receipts And Disbursements Record

| | |  | | |
|---|---|---|---|---|
| **Case Number:** | 1-15-41890-NHL | **Trustee:** | Alan Nisselson, Trustee (521091) | |
| **Case Name:** | LITVIN, GENNADY | **Bank Name:** | Rabobank, N.A. | |
| | | **Account:** | ******3266 - Checking Account | |
| **Taxpayer ID #:** | **-***2985 | **Blanket Bond:** | $47,747,648.00   (per case limit) | |
| **Period Ending:** | 02/26/18 | **Separate Bond:** | N/A | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 11/13/17 | 135 | Zandra Brummel | Final Distribution on Claim No. 42 Stopped on 02/13/18 | 7100-005 | | 8.91 | 632.74 |
| 11/13/17 | 136 | Barber, Gwendolyn | Final Distribution on Claim No. 43 | 7100-000 | | 14.27 | 618.47 |
| 11/13/17 | 137 | Thomas Burton | Final Distribution on Claim No. 44 Stopped on 02/13/18 | 7100-005 | | 5.18 | 613.29 |
| 11/13/17 | 138 | Rosalee Fletcher Camper | Final Distribution on Claim No. 45 Stopped on 02/13/18 | 7100-005 | | 7.34 | 605.95 |
| 11/13/17 | 139 | Alesia Early | Final Distribution on Claim No. 46 Stopped on 02/13/18 | 7100-005 | | 7.28 | 598.67 |
| 11/13/17 | 140 | Clifford Frazier | Final Distribution on Claim No. 48 Stopped on 02/13/18 | 7100-005 | | 10.60 | 588.07 |
| 11/13/17 | 141 | Kingsley Ogideh | Final Distribution on Claim No. 52 Stopped on 02/13/18 | 7100-005 | | 5.85 | 582.22 |
| 11/13/17 | 142 | Ora Patterson | Final Distribution on Claim No. 53 Stopped on 02/13/18 | 7100-005 | | 9.01 | 573.21 |
| 11/13/17 | 143 | Theresa Shallcross | Final Distribution on Claim No. 54 Stopped on 02/13/18 | 7100-005 | | 5.55 | 567.66 |
| 11/13/17 | 144 | Monet Rogers | Final Distribution on Claim No. 55 Stopped on 02/13/18 | 7100-005 | | 5.73 | 561.93 |
| 11/13/17 | 145 | Chris Thumma | Final Distribution on Claim No. 56 Stopped on 02/13/18 | 7100-005 | | 8.07 | 553.86 |
| 11/13/17 | 146 | Gaye Williams | Final Distribution on Claim No. 57 Stopped on 02/13/18 | 7100-005 | | 8.16 | 545.70 |
| 11/13/17 | 147 | Monica Dayhoff and Edward Dayhoff | Final Distribution on Claim No. 58 Stopped on 02/13/18 | 7100-005 | | 229.12 | 316.58 |
| 11/13/17 | 148 | Joshua Summers | Final Distribution on Claim No. 59 Stopped on 02/13/18 | 7100-005 | | 80.21 | 236.37 |
| 11/13/17 | 149 | Steven Grimes | Final Distribution on Claim No. 60 Stopped on 02/13/18 | 7100-005 | | 48.13 | 188.24 |
| 11/13/17 | 150 | Johnson, Harriet | Final Distribution on Claim No. 61 Stopped on 02/13/18 | 7100-005 | | 11.83 | 176.41 |
| 11/13/17 | 151 | William S David | Final Distribution on Claim No. 62 Stopped on 02/13/18 | 7100-005 | | 17.13 | 159.28 |
| 11/13/17 | 152 | Clyde, Alexis | Final Distribution on Claim No. 63 | 7100-000 | | 17.74 | 141.54 |
| 11/13/17 | 153 | Michael Adkins | Final Distribution on Claim No. 65 | 7100-000 | | 9.79 | 131.75 |
| 11/13/17 | 154 | Wesley and Cathy Meyers | Final Distribution on Claim No. 71 | 7100-000 | | 5.82 | 125.93 |
| 11/13/17 | 155 | Herman C. Jehoich | Final Distribution on Claim No. 72 Stopped on 02/13/18 | 7100-005 | | 47.97 | 77.96 |

Subtotals :          $0.00          $563.69

{} Asset reference(s)                                                                                              Printed: 02/26/2018 09:46 AM   V.13.30

Case 1-15-41890-nhl    Doc 99    Filed 03/21/18    Entered 03/21/18 11:36:56

Exhibit 9

# Form 2

Page: 4

## Cash Receipts And Disbursements Record

**Case Number:** 1-15-41890-NHL  
**Case Name:** LITVIN, GENNADY  

**Taxpayer ID #:** **-***2985  
**Period Ending:** 02/26/18  

**Trustee:** Alan Nisselson, Trustee (521091)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******3266 - Checking Account  
**Blanket Bond:** $47,747,648.00   (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|---|
| 11/13/17 | 156 | Paul & Sharon Rauch | Final Distribution on Claim No. 75 | | 7100-000 | | 8.16 | 69.80 |
| 11/13/17 | 157 | John Frederick | Final Distribution on Claim No. 77 | | 7100-000 | | 6.19 | 63.61 |
| 11/13/17 | 158 | U.S. Bankruptcy Court | COMBINED SMALL CHECK | | | | 63.61 | 0.00 |
| | | | Dividend paid  0.08% on $2,250.00;  Claim# 3; Filed: $2,250.00 | 1.84 | 7100-001 | | | 0.00 |
| | | | Dividend paid  0.08% on $2,380.00;  Claim# 6; Filed: $2,380.00 | 1.94 | 7100-001 | | | 0.00 |
| | | | Dividend paid  0.08% on $5,000.00;  Claim# 8; Filed: $5,000.00 | 4.08 | 7100-001 | | | 0.00 |
| | | | Dividend paid  0.08% on $2,500.00;  Claim# 11; Filed: $2,500.00 | 2.04 | 7100-001 | | | 0.00 |
| | | | Dividend paid  0.08% on $3,500.00;  Claim# 12; Filed: $3,500.00 | 2.85 | 7100-001 | | | 0.00 |
| | | | Dividend paid  0.08% on $5,500.00;  Claim# 19; Filed: $5,500.00 | 4.49 | 7100-001 | | | 0.00 |
| | | | Dividend paid  0.08% on $1,000.00;  Claim# 21; Filed: $1,000.00 | 0.82 | 7100-001 | | | 0.00 |
| | | | Dividend paid  0.08% on $4,000.00;  Claim# 22; Filed: $4,000.00 | 3.26 | 7100-001 | | | 0.00 |
| | | | Dividend paid  0.08% on $4,500.00;  Claim# 35; Filed: $4,500.00 | 3.67 | 7100-001 | | | 0.00 |
| | | | Dividend paid  0.08% on $3,500.00;  Claim# 36; Filed: $3,500.00 | 2.85 | 7100-001 | | | 0.00 |
| | | | Dividend paid  0.08% on $5,342.50;  Claim# 47; Filed: $5,342.50 | 4.36 | 7100-001 | | | 0.00 |
| | | | Dividend paid  0.08% on $3,500.00;  Claim# 49; Filed: $3,500.00 | 2.85 | 7100-001 | | | 0.00 |

Subtotals :            $0.00            $77.96

{} Asset reference(s)

Printed: 02/26/2018 09:46 AM     V.13.30

Exhibit 9

## Form 2

Page: 5

### Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| **Case Number:** 1-15-41890-NHL | **Trustee:** | Alan Nisselson, Trustee (521091) |
| **Case Name:** LITVIN, GENNADY | **Bank Name:** | Rabobank, N.A. |
| | **Account:** | ******3266 - Checking Account |
| **Taxpayer ID #:** **-***2985 | **Blanket Bond:** | $47,747,648.00  (per case limit) |
| **Period Ending:** 02/26/18 | **Separate Bond:** | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|---|
| | | | Dividend paid  0.08% on $4,680.00;  Claim# 50; Filed: $4,680.00 | 3.82 | 7100-001 | | | 0.00 |
| | | | Dividend paid  0.08% on $5,000.00;  Claim# 51; Filed: $5,000.00 | 4.08 | 7100-001 | | | 0.00 |
| | | | Dividend paid  0.08% on $1,300.00;  Claim# 66; Filed: $1,300.00 | 1.06 | 7100-001 | | | 0.00 |
| | | | Dividend paid  0.08% on $2,097.00;  Claim# 67; Filed: $2,097.00 | 1.71 | 7100-001 | | | 0.00 |
| | | | Dividend paid  0.08% on $6,010.50;  Claim# 68; Filed: $6,010.50 | 4.90 | 7100-001 | | | 0.00 |
| | | | Dividend paid  0.08% on $4,760.00;  Claim# 69; Filed: $4,760.00 | 3.88 | 7100-001 | | | 0.00 |
| | | | Dividend paid  0.08% on $1,800.00;  Claim# 70; Filed: $1,800.00 | 1.47 | 7100-001 | | | 0.00 |
| | | | Dividend paid  0.08% on $4,880.00;  Claim# 73; Filed: $4,880.00 | 3.98 | 7100-001 | | | 0.00 |
| | | | Dividend paid  0.08% on $128.14;  Claim# 74; Filed: $128.14 | 0.10 | 7100-001 | | | 0.00 |
| | | | Dividend paid  0.08% on $585.00;  Claim# 76; Filed: $585.00 | 0.48 | 7100-001 | | | 0.00 |
| | | | Dividend paid  0.08% on $73.64;  Claim# 78; Filed: $73.64 | 0.06 | 7100-001 | | | 0.00 |
| | | | Dividend paid 0.08% on $3,700.00; Claim #79; Filed $3,700.00 | 3.02 | 7100-001 | | | 0.00 |
| 02/13/18 | 109 | Aspire Resources Inc obo US Dept of Education | Final Distribution on Claim No. 1 Stopped: check issued on 11/13/17 | | 7100-005 | | -132.03 | 132.03 |
| 02/13/18 | 121 | James McCullough | Final Distribution on Claim No. 25 | | 7100-005 | | -5.04 | 137.07 |

Subtotals :          $0.00          $-137.07

{} Asset reference(s)                                                                                         Printed: 02/26/2018 09:46 AM    V.13.30

Exhibit 9

# Form 2

Page: 6

## Cash Receipts And Disbursements Record

**Case Number:** 1-15-41890-NHL  
**Case Name:** LITVIN, GENNADY  

**Taxpayer ID #:** **-***2985  
**Period Ending:** 02/26/18  

**Trustee:** Alan Nisselson, Trustee (521091)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******3266 - Checking Account  
**Blanket Bond:** $47,747,648.00   (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
|  |  |  | Stopped: check issued on 11/13/17 |  |  |  |  |
| 02/13/18 | 123 | Ayeshah L Lacy & Craig S Lacy | Final Distribution on Claim No. 27<br>Stopped: check issued on 11/13/17 | 7100-005 |  | -10.40 | 147.47 |
| 02/13/18 | 128 | Fisher, James | Final Distribution on Claim No. 32<br>Stopped: check issued on 11/13/17 | 7100-005 |  | -163.14 | 310.61 |
| 02/13/18 | 129 | McCafferty, Frederick | Final Distribution on Claim No. 33<br>Stopped: check issued on 11/13/17 | 7100-005 |  | -11.30 | 321.91 |
| 02/13/18 | 130 | Scott Blomquist | Final Distribution on Claim No. 37<br>Stopped: check issued on 11/13/17 | 7100-005 |  | -8.50 | 330.41 |
| 02/13/18 | 132 | Kofi Boateng and Comfort Boateng | Final Distribution on Claim No. 39<br>Stopped: check issued on 11/13/17 | 7100-005 |  | -12.25 | 342.66 |
| 02/13/18 | 133 | Louis Bond and Tiffani Bond | Final Distribution on Claim No. 40<br>Stopped: check issued on 11/13/17 | 7100-005 |  | -9.58 | 352.24 |
| 02/13/18 | 135 | Zandra Brummel | Final Distribution on Claim No. 42<br>Stopped: check issued on 11/13/17 | 7100-005 |  | -8.91 | 361.15 |
| 02/13/18 | 137 | Thomas Burton | Final Distribution on Claim No. 44<br>Stopped: check issued on 11/13/17 | 7100-005 |  | -5.18 | 366.33 |
| 02/13/18 | 138 | Rosalee Fletcher Camper | Final Distribution on Claim No. 45<br>Stopped: check issued on 11/13/17 | 7100-005 |  | -7.34 | 373.67 |
| 02/13/18 | 139 | Alesia Early | Final Distribution on Claim No. 46<br>Stopped: check issued on 11/13/17 | 7100-005 |  | -7.28 | 380.95 |
| 02/13/18 | 140 | Clifford Frazier | Final Distribution on Claim No. 48<br>Stopped: check issued on 11/13/17 | 7100-005 |  | -10.60 | 391.55 |
| 02/13/18 | 141 | Kingsley Ogideh | Final Distribution on Claim No. 52<br>Stopped: check issued on 11/13/17 | 7100-005 |  | -5.85 | 397.40 |
| 02/13/18 | 142 | Ora Patterson | Final Distribution on Claim No. 53<br>Stopped: check issued on 11/13/17 | 7100-005 |  | -9.01 | 406.41 |
| 02/13/18 | 143 | Theresa Shallcross | Final Distribution on Claim No. 54<br>Stopped: check issued on 11/13/17 | 7100-005 |  | -5.55 | 411.96 |
| 02/13/18 | 144 | Monet Rogers | Final Distribution on Claim No. 55<br>Stopped: check issued on 11/13/17 | 7100-005 |  | -5.73 | 417.69 |
| 02/13/18 | 145 | Chris Thumma | Final Distribution on Claim No. 56<br>Stopped: check issued on 11/13/17 | 7100-005 |  | -8.07 | 425.76 |
| 02/13/18 | 146 | Gaye Williams | Final Distribution on Claim No. 57<br>Stopped: check issued on 11/13/17 | 7100-005 |  | -8.16 | 433.92 |
| 02/13/18 | 147 | Monica Dayhoff and Edward Dayhoff | Final Distribution on Claim No. 58<br>Stopped: check issued on 11/13/17 | 7100-005 |  | -229.12 | 663.04 |
| 02/13/18 | 148 | Joshua Summers | Final Distribution on Claim No. 59<br>Stopped: check issued on 11/13/17 | 7100-005 |  | -80.21 | 743.25 |
|  |  |  | Subtotals : |  | $0.00 | $-606.18 |  |

{} Asset reference(s)

Printed: 02/26/2018 09:46 AM    V.13.30

## Form 2
## Cash Receipts And Disbursements Record

**Case Number:** 1-15-41890-NHL  
**Case Name:** LITVIN, GENNADY  

**Taxpayer ID #:** **-***2985  
**Period Ending:** 02/26/18  

**Trustee:** Alan Nisselson, Trustee (521091)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******3266 - Checking Account  
**Blanket Bond:** $47,747,648.00 (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 02/13/18 | 149 | Steven Grimes | Final Distribution on Claim No. 60<br>Stopped: check issued on 11/13/17 | 7100-005 | | -48.13 | 791.38 |
| 02/13/18 | 150 | Johnson, Harriet | Final Distribution on Claim No. 61<br>Stopped: check issued on 11/13/17 | 7100-005 | | -11.83 | 803.21 |
| 02/13/18 | 151 | William S David | Final Distribution on Claim No. 62<br>Stopped: check issued on 11/13/17 | 7100-005 | | -17.13 | 820.34 |
| 02/13/18 | 155 | Herman C. Jehoich | Final Distribution on Claim No. 72<br>Stopped: check issued on 11/13/17 | 7100-005 | | -47.97 | 868.31 |
| 02/13/18 | 159 | U.S. Bankruptcy Court | COMBINED SMALL CHECK<br>Voided on 02/13/18 | 7100-004 | | 63.61 | 804.70 |
| 02/13/18 | 159 | U.S. Bankruptcy Court | COMBINED SMALL CHECK<br>Voided: check issued on 02/13/18 | 7100-004 | | -63.61 | 868.31 |
| 02/13/18 | 160 | Clerk of the Court | Combined Unclaimed Checks | | | 868.31 | 0.00 |
| | | | 132.03 | 7100-001 | | | 0.00 |
| | | | 5.04 | 7100-001 | | | 0.00 |
| | | | 10.40 | 7100-001 | | | 0.00 |
| | | | 163.14 | 7100-001 | | | 0.00 |
| | | | 11.30 | 7100-001 | | | 0.00 |
| | | | 8.50 | 7100-001 | | | 0.00 |
| | | | 12.25 | 7100-001 | | | 0.00 |
| | | | 9.58 | 7100-001 | | | 0.00 |
| | | | 8.91 | 7100-001 | | | 0.00 |
| | | | 5.18 | 7100-001 | | | 0.00 |
| | | | 7.34 | 7100-001 | | | 0.00 |
| | | | 7.28 | 7100-001 | | | 0.00 |
| | | | 10.60 | 7100-001 | | | 0.00 |
| | | | 5.85 | 7100-001 | | | 0.00 |
| | | | 9.01 | 7100-001 | | | 0.00 |
| | | | 5.55 | 7100-001 | | | 0.00 |
| | | | 5.73 | 7100-001 | | | 0.00 |
| | | | 8.07 | 7100-001 | | | 0.00 |
| | | | 8.16 | 7100-001 | | | 0.00 |
| | | | 229.12 | 7100-001 | | | 0.00 |
| | | | 80.21 | 7100-001 | | | 0.00 |
| | | | 48.13 | 7100-001 | | | 0.00 |
| | | | 11.83 | 7100-001 | | | 0.00 |
| | | | 17.13 | 7100-001 | | | 0.00 |

Subtotals : $0.00   $743.25

{} Asset reference(s)

Case 1-15-41890-nhl    Doc 99    Filed 03/21/18    Entered 03/21/18 11:36:56

Exhibit 9

Page: 8

# Form 2

## Cash Receipts And Disbursements Record

**Case Number:** 1-15-41890-NHL  
**Case Name:** LITVIN, GENNADY  

**Taxpayer ID #:** **-***2985  
**Period Ending:** 02/26/18  

**Trustee:** Alan Nisselson, Trustee (521091)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******3266 - Checking Account  
**Blanket Bond:** $47,747,648.00  (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
|  |  |  |  | 47.97 | 7100-001 |  |  | 0.00 |
|  |  |  | **ACCOUNT TOTALS** |  | 58,812.81 | 58,812.81 | $0.00 |
|  |  |  | Less: Bank Transfers |  | 0.00 | 0.00 |  |
|  |  |  | **Subtotal** |  | 58,812.81 | 58,812.81 |  |
|  |  |  | Less: Payments to Debtors |  |  | 0.00 |  |
|  |  |  | **NET Receipts / Disbursements** |  | **$58,812.81** | **$58,812.81** |  |

```
Net Receipts :        58,812.81
                    ─────────────
Net Estate :         $58,812.81
```

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| **Checking # ******3266** | 58,812.81 | 58,812.81 | 0.00 |
|  | **$58,812.81** | **$58,812.81** | **$0.00** |

{} Asset reference(s)                                                                         Printed: 02/26/2018 09:46 AM    V.13.30