| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **Gennady Litvin**<br>First Name  Middle Name  Last Name | Social Security number or ITIN **xxx–xx–2475**<br>EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | First Name  Middle Name  Last Name | Social Security number or ITIN  _ _ _ _<br>EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court **Eastern District of New York** | | |
| Case number: **1–15–41890–nhl** | | |

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

**IT IS ORDERED THAT:**

- Alan Nisselson (Trustee) is discharged as trustee of the estate of the above–named debtor(s).
- The Chapter 7 case of the above–named debtor(s) is closed.

s/ Nancy Hershey Lord
United States Bankruptcy Judge

Dated: March 22, 2018

**BLfnld7** [Final Decree 7 rev 12/01/15]